

Announced Wednesday, March 17

38442. The State, ex rel. Paul J. Mikus, Pros. Atty. v. Wallace J. Chapla. In Quo Warranto. Petition dismissed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38652. Lloyd A. Marsh, appellant v. General Grievance Committee of Lake Erie & Western District Brotherhood of Locomotive Firemen and Enginemen, Lima, Ohio, appellee. Allen County. Appeal from the Court of Appeals. Judgment reversed. Zimmerman, O'Neill, Herbert, Schneider and Brown, JJ., concur. Taft, C. J. and Matthias, J., dissent.

39043. The State, ex rel. Harold C. Foreman, appellant v. Common Pleas Court of Logan County et al., appellees. Logan County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39093. William H. Chapman v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39218. The State of Ohio, appellee v. Estella Neal, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias and O'Neill, JJ., concur. Brown, J., not participating.

39241. Federal Ins. Co., appellant v. Norma Brooks et al., appellees. Montgomery County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39257 and 39258. Alice D. Roberts, appellee v. James Barr Roberts et al., appellants. Hamilton County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur. Schneider, J., not participating.

37357. The State, ex rel. The Park Investment Co. v. Board of Tax Appeals, et al. In Mandamus. On motion to show cause. Dismissed.

39218. The State of Ohio, appellee v. Estella Neal, appellant. Franklin County. To dismiss appeal as of right. Sustained. For leave to appeal. Overruled.

39241. Federal Ins. Co., appellant v. Norma Brooks et al., appellees. Montgomery County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39257 and 39258. Alice D. Roberts, appellee v. James Barr Roberts et al., appellants. Hamilton County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

